THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

TROY OGLESBY, :
:
        Plaintiff, :
:
v. : Civil No. 05-5909(RBK)
:
TOWNSHIP OF CHERRY HILL, :
et. al., :
:
        Defendants. :

    This matter having been brought before this court *sua sponte* because of Plaintiff's failure to comply with this Court's scheduling and discovery Orders; and having considered the Report and Recommendation submitted to me by the Honorable Joel Schneider, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the litigants having had the opportunity to file and serve their objections thereto;

    IT IS this 6th day of September, 2007 hereby

    **ORDERED** that the Report and Recommendation is **ADOPTED**.

                                    /s/ Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge